854

No. 1424, Misc.   EUBANKS *v*. GLADDEN, WARDEN.   Supreme Court of Oregon.   Certiorari denied.

No. 1425, Misc.   ROBERTS *v*. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 1428, Misc.   ADAMS *v*. WAINWRIGHT, CORRECTIONS DIRECTOR.   Supreme Court of Florida.   Certiorari denied.

No. 1430, Misc.   ALLEN *v*. ALABAMA.   Supreme Court of Alabama.   Certiorari denied.   Petitioner *pro se*. *Richmond M. Flowers*, Attorney General of Alabama, and *John C. Tyson III*, Assistant Attorney General, for respondent.

No. 1431, Misc.   MOHLER *v*. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 1434, Misc.   LEWIS *v*. NEW YORK.   C. A. 2d Cir. Certiorari denied.

No. 1435, Misc.   WOOD *v*. MARONEY, CORRECTIONAL SUPERINTENDENT.   Supreme Court of Pennsylvania. Certiorari denied.

No. 1437, Misc.   REED *v*. PATE, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 1438, Misc.   BROWN *v*. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 1454, Misc.   GREENE *v*. KROPP, WARDEN.   Supreme Court of Michigan.   Certiorari denied.